UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL MID-ATLANTIC INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND THE FIRST LIBERTY INSURANCE COMPANY,

         PLAINTIFFS,

-against-

SIMON KORENBLIT, EDWARD ATBAYSHAN, HARVEY STERN, M.D., JOSEPH MCCARTHY, M.D., ATLANTIC RADIOLOGY, P.C., ATLANTIC RADIOLOGY IMAGING, P.C., EXPOIMAGING MANAGEMENT CORP., EDAS MANAGEMENT, CORP., JOHN DOES 1 THROUGH 20 AND ABC CORPORATIONS 1 THROUGH 20,

         DEFENDANTS.
------------------------------------------------------------------ x

DOCKET NO.:
12-CV-5281
(ENV)(RER)

STIPULATION EXTENDING TIME TO SERVE ANSWER TO COMPLAINT

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective parties herein, that the time for Defendants Simon Korenblit, Edward Atbayshan, Harvey Stern, M.D., Joseph McCarthy, M.D., Atlantic Radiology, P.C., Atlantic Radiology Imaging, P.C., ExpoImaging Management Corp. and Edas Management, Corp. (collectively "Defendants") to serve an answer to the above captioned action is extended to and including February 15, 2013;

      **IT IS FURTHER STIPULATED AND AGREED THAT** Defendants hereby submit to the jurisdiction of the United States District Court for the Eastern District of New York and waive any defenses or objections based upon lack of personal jurisdiction.

For purposes of this Stipulation, execution by counterparts is acceptable and facsimile signatures shall serve as original executions.

Dated: January 31, 2013
New York, New York

**STERN & MONTANA, LLP**

By: _____
Sandra P. Burgos, Esq. (SPB-6856)
Attorneys for Plaintiffs
Trinity Centre
115 Broadway, 20th Floor
New York, NY 10006
212-532-8100

**QUADRINO SCHWARTZ**

By: _____
Evan S. Schwartz, Esq. (ES-____)
Attorneys for Defendants Simon Korenblit, Edward Atbayshan, Harvey Stern, M.D., Joseph McCarthy, M.D., Atlantic Radiology, P.C., Atlantic Radiology Imaging, P.C., ExpoImaging Management Corp. and Edas Management, Corp.
666 Old Country Road, Ninth Floor
Garden City, NY 11530
516-745-1122

Dated: Brooklyn, New York
_____, 2013

SO ORDERED.

_____
HON. ERIC N. VITALIANO
United States District Court Judge

2